■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOLEIK BEVERLY, Appellant. [976 NYS2d 666]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Collini, J.), rendered April 28, 2011, convicting him of criminal contempt in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of a fair trial because the prosecutor made improper remarks during her summation is unpreserved for appellate review, as the defendant did not object to the remarks at issue (*see* CPL 470.05 [2]; *People v Romero*, 7 NY3d 911, 912 [2006]). In any event, the challenged remarks were responsive to arguments made by defense counsel in summation or constituted fair comment on the evidence (*see People v Halm*, 81 NY2d 819, 821 [1993]; *People v Galloway*, 54 NY2d 396, 399 [1981]; *People v Ashwal*, 39 NY2d 105, 109-110 [1976]). Dickerson, J.P., Hall, Cohen and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC CORSE, Also Known as ERIK CORSE, Appellant. [976 NYS2d 669]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 25, 2010 (*People v Corse*, 73 AD3d 1208 [2010]), affirming a judgment of the County Court, Nassau County, rendered June 30, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Leventhal, Austin and Sgroi, JJ., concur.